UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. M. JAMES LORENZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07cr1192-L |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING |
| RENE MARTINEZ-ENRIQUEZ, | ) ) | |
| Defendant. | ) ) | |

Upon joint motion of the parties, **IT IS HEREBY ORDERED** that the motion hearing/trial setting in this matter now scheduled for June 18, 2007 at 8:30 a.m. shall be continued until July 2, 2007 at 2:00 p.m.

**IT IS SO ORDERED**.

DATED: June 18, 2007

_____
M. James Lorenz
United States District Court Judge